File Hashes for IP Address 71.191.175.187

ISP: Verizon FiOS
Physical Location: Arlington, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/17/2014 02:42:58 | E2120EF0A00777D27DD1927AEBD2A28CB0953259 | Sex With Glasses |
| 07/17/2014 02:22:29 | 6CA5F002A486212AD9A0E265E6C0AFE4A3A2E681 | Chloe Loves Carl Part 2 |
| 07/17/2014 02:10:07 | 5D7F3D57745367656D4B88D0D17F72C3A28617C5 | Enjoy My Backdoor |
| 07/17/2014 01:49:57 | E94F753F299D4968019055C9C7A8DBB9C837C5DF | Summertime Lunch |
| 07/03/2014 01:07:57 | 2A05E9869A686BCAD59ACBAA0203049202AEAE0C | Sexy In The City |
| 07/03/2014 00:29:42 | 6CC0B78D674E97752CB2298ADC9162C25640E34A | Cut Once More Please |
| 07/03/2014 00:16:02 | 8D357CC8A76374C2534F5B6C92DFA6373DD18A48 | Coming Late |
| 07/01/2014 00:46:54 | 3F0721C5E1026E30E17456FEA2868588A8D26BF9 | Drinks For Two |
| 06/20/2014 01:02:34 | 63848C2BBC1F400D955733894844A0FD3151A0A5 | Party Boat |
| 06/17/2014 02:11:54 | F70479C8FC5889E0063B7A7286834A97F85CFD9F | Russian Invasion |
| 06/17/2014 00:45:40 | 3B7288226BB89E54D7E180D8A1C9813244012E69 | Wake Me Up |
| 06/17/2014 00:38:22 | 66CF4FF49B8F1DAF2429423952B71B3F48543982 | Brazilian Love Affair |
| 06/17/2014 00:38:00 | 4EAF12772FE00F106FD91610E5325F1BFF87C75A | Three Way is the Best Way |
| 06/17/2014 00:26:16 | 82757EE5781DBA912960230FB84F9584B15C26E9 | Just the Three of Us |
| 06/17/2014 00:19:42 | C702327C5169DD153363EE0B5DD9C833118AEB12 | Pool Party For Three |
| 06/16/2014 00:19:08 | AA2DF9815ABEB273AC256476155C32C4DC608CDB | Epic Love |
| 06/16/2014 00:18:04 | F4C1E5877348813A5B8700B33AB5040F133DEB6B | Czech Beauties |
| 06/16/2014 00:13:27 | A3489404D5BC89A23C5693702FBAE237D7F447BE | In My Living Room |
| 06/15/2014 01:55:34 | D7967F3B32132CF925D535059A208B2FA4DEB59F | Group Sex |
| 06/15/2014 01:40:48 | C84CEE035F21CF4AD3452F4ED6893F25FEDAB2CC | Go Down On Me |
| 06/11/2014 01:37:51 | 83CA6D53AA3BF1F4E69C0CA7073D885B1A48531E | Au Paradis |
| 06/11/2014 01:30:45 | 28D254BBB8DF3F45585100E8DD4C71653F8F0F44 | From Three to Four Part 2 |

EXHIBIT A

EVA93

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/11/2014 01:22:21 | 676D3A4A4F169A41FB7097F347320A6574E601D3 | Dancing Romance |
| 05/28/2014 13:06:49 | 58747357EA7301443B982C1940CC3C48671A4CDB | Rolling in the Sheets |
| 05/26/2014 12:40:25 | 52547B96DD0BDFB178E1718D81B159D10A5800C1 | Two By Two |
| 05/23/2014 01:42:53 | 29F844E84CCDBE9803A5EEA1F6A77B107AA111FA | Sneak N Peek |
| 05/19/2014 00:03:58 | AF4FEA9577B0B1C6C617B7CD3C048BB0283C2448 | The Rich Girl Part #2 |
| 05/18/2014 23:51:57 | BA23078533CCBE4BCF265D99A9E6DE3420120683 | One Night Stand |
| 05/18/2014 23:31:58 | 3269A6D1B6E6EAC249958B646D07C4F096F07852 | Much Needed Vacation |
| 05/18/2014 23:30:43 | CE182546909FB4A95FA7CC8CEDBA886F793FEAFE | Want You |
| 05/18/2014 23:23:23 | 973BDC37574156AC6303C5ECD79B36FEA18A2A79 | A Love Story |
| 05/18/2014 23:12:47 | FD81A065799EBC23DAF22C8D3E3CD35DFA2E2268 | A Day to Remember |
| 05/18/2014 23:03:04 | BC2FB2F0B4C21041E44FF3ED68364E5365D0856D | Wild Things |
| 05/18/2014 22:41:40 | 52E9D223A7165F84D9CCA39C6AAB77B798C8501D | New Romance |
| 05/18/2014 22:30:19 | 227497A325CF7F0301DEF2410FE5C00BAFB6D856 | Come from Behind |
| 05/18/2014 22:27:13 | 8373AF619CD811248AFE99516087ACF2F9739585 | Spontaneous |
| 05/18/2014 20:48:15 | F0D711BDD4A5F622592C4060F505CA81AB9C183B | Names |
| 05/18/2014 20:47:11 | 5208BCFE4E35301F7B6840551E0840BA8C379023 | Make Me Feel Beautiful |
| 05/18/2014 20:40:58 | 1423B0B774F49970C3E121BF7DD857DA36A5A915 | Lying Around |
| 05/18/2014 20:27:25 | 3449F4B0F331BCB419B2095D22D108664B9FF776 | Happy Birthday Capri |
| 05/18/2014 20:18:47 | EF848A4D57A4E861A6D82DA2EE0A5B5E84183AFF | Love at First Sight |
| 05/18/2014 20:16:39 | 1344A7A24636FE4A40CFCCF60FEA7A67F0433E6C | Zeppelin on Fire |
| 05/18/2014 20:10:26 | 75F6F44501F0E0472C70A5870ABB57ACA3E1FCD2 | Awakening |
| 05/18/2014 20:01:59 | 7C2DFB485915834309EFA4AB7585143F27B78048 | Fantasy Come True |
| 05/18/2014 15:20:08 | 2D15ABD5CE6549D8B57AB97DFD1A0C13B6F6AC9D | Mile High Club |
| 05/18/2014 14:21:13 | 532AD5E47034156E92F93F4ABC0CD2434CAD0ABF | Blindfold Me Part #2 |
| 05/18/2014 14:17:30 | A1BC8FA63BBCF0D75C1FC40391DF90BB12AA49AE | No Turning Back Part #1 |

EXHIBIT A

EVA93

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/18/2014 03:04:15 | 794721F9813E280C0205E1C9EA1599A8C02684F5 | Marry Me |
| 05/18/2014 03:02:53 | A54ED12E9024858D296309B1A066FD2D93094B54 | No Turning Back Part #2 |
| 05/18/2014 02:57:48 | 62EDBE40FDCEB6FEEB1411F215C8389A94ECEB5B | Playing Dress Up |
| 05/18/2014 02:57:45 | A9077805A66929F98F4622D28940C637651671B7 | High School Dropouts |
| 05/18/2014 02:55:33 | AE3A98486827A6C3124377987C59B8059FDDE1B8 | Surprise Surprise |
| 05/18/2014 02:41:25 | 85E12154C5682384996C362A4F88F18E29252F5F | Submissive Seduction |
| 05/18/2014 02:36:36 | 44F8AA742D98D7A6233FB208855549C53F3C1084 | Good Night Kiss |
| 05/18/2014 02:31:05 | FE84FE2C94E1A556DDF53915921D22A96FE8D008 | Grow Up With Me |
| 05/18/2014 00:22:19 | F4170A9A6E64EFB130BEAC898DA7CC4C140618D9 | Rendezvous |
| 05/18/2014 00:22:12 | 3D1E25F6381E29ABC1ACD8D88D6461A378020D29 | Wake Me Up Like This |
| 05/18/2014 00:20:09 | C7DA6619BE7850E29FC0DF0B5D3438172AB04A32 | A Hot Number |
| 05/18/2014 00:16:32 | A5123B790D8135E347F892538A87232A61BB0F8F | Floating Emotions |
| 05/18/2014 00:14:22 | 225411BA06B97B0EBC217138030D5E7863FFEBE4 | Risky Business |
| 05/18/2014 00:07:37 | A1B0A9B8D530009523AD651AD83C5E14645DB259 | Knock On My Door |
| 05/17/2014 21:50:16 | 9B2D98987560366CA5F58EC444BC76A49A868BA1 | Meet My Lover From Austria |

Total Statutory Claims Against Defendant: 62

EXHIBIT A

EVA93